## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

JONA HARVEY

                                 : Bankruptcy No. 15-11147JKF
          Debtor(s)                      : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


BY THE COURT


Jean K. FitzSimon, B. J.

**Date: January 9, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA PA 19102-

JONA HARVEY
PO BOX 1512
101 E BALTIMORE PIKE
MEDIA,PA.19063-